# UNITED STATES DISTRICT COURT
# DISTRICT COURT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> TIFANY TORRES, ) <br> ) <br> ) <br>     Defendant. ) <br> ) | CASE NO. 2:17CR00048 <br><br> ORDER CONTINUING SENTENCING HEARING |

    This matter comes before the Court on the parties Stipulation to Continue Sentencing. Based upon the stipulation of the parties, and good cause appearing therefore, the Court hereby finds that:

1.     The government's investigation into related criminal activity by others is ongoing. The Defendant's plea agreement includes cooperation provisions. The instant case is related to <u>USA v. Daniel M. Boyar et al.</u>, 2:17-cr-21-JCM-GWF. Accordingly, in the view of the government and the defendant, this case is not ripe for sentencing. Defendant Torres is not in custody and has no objection to a continuance of her sentencing hearing, currently scheduled for September 19, 2018 at 9:00 a.m. be continued for 90 days or to a date convenient for the Court.

2.     The Court hereby concludes that the ends of justice are best served by granting this continuance of defendant Torres' sentencing.

# **ORDER**

IT IS THEREFORE ORDERED, that the sentencing currently scheduled for Wednesday September 19, 2018 at 9:00 a.m., be continued to the __19th__ day of __December__ at __9:00__ a.m., in Courtroom __4A__ .

**IT IS SO ORDERED** this __18th__ day of September, 2018

_[signature]_
UNITED STATES DISTRICT COURT JUDGE