MICHAEL L. BECKER, ESQ.
Nevada Bar No. 8765
MICHAEL V. CASTILLO, ESQ.
Nevada Bar No. 11531
LAS VEGAS DEFENSE GROUP, LLC
2970 W. Sahara Avenue
Las Vegas, NV 89102
(702) 331-2725- Telephone
Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>TIFANY TORRES<br><br>        Defendant. | CASE NO. 2:17CR00048<br><br>STIPULATION TO CONTINUE SENTENCING HEARING |

Defendant, Tifany Torres, by and through her attorneys of record, MICHAEL V. CASTILLO, ESQ., and the United States of America, by and through United States Attorney Dayle Elieson, and Assistant United States Attorney Dan Cowhig, stipulate and request that the Court continue her sentencing hearing, currently scheduled January 22, 2019 at 9:00 a.m. be continued for One (1) month or at a date convenient for the Court. Defense is requesting for additional time to present mitigation evidence and finalize the sentencing memorandum. The defendant's plea agreement includes cooperation provisions. Moreover, the Defendant will need additional time to make travel arrangements. The instant case is related to <u>USA v. Daniel Boyar et al.</u>, 2:17-cr-21-JCM-GQF.

1

Accordingly, in the view of the Government and the Defendant, this case is not ripe for sentencing. Defendant Torres is not in custody, and specifically requests this continuance. Defendant Torres is in compliance with her release conditions. Defendant Torres waives any right she may have to a speedy sentencing in this matter.

WHEREFORE, the parties stipulate and request that the Court continue defendant Torres's sentencing hearing, currently scheduled for January 22, 2019 at 9:00 a.m. be continued for One (1) month or to a date convenient for the Court.

RESPECTFULLY SUBMITTED this 17th day of January, 2019.

*/s/ Daniel J. Cowhig, Esq.*
Daniel J. Cowhig
Assistant United States Attorney


*/s/ Michael V. Castillo, Esq*
MICHAEL V. CASTILLO, ESQ.
Nevada Bar No. 11531
Attorney for Tifany Torres

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEVADA

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )    CASE NO. 2:17CR00048
                          )
     vs.                  )
                          )    ORDER CONTINUING SENTENCING
                          )    HEARING
TIFANY TORRES,            )
                          )
                          )
            Defendant.    )
_____ )

This matter comes before the Court on the parties Stipulation to Continue Sentencing. Based upon the stipulation of the parties, and good cause appearing therefore, the Court hereby finds that:

1. Defense is requesting for additional time to present mitigation evidence and complete the sentencing memorandum. In addition, the Defendant requires additional time to make travel arrangements. Accordingly, in the view of the government and the defendant, this case is not ripe for sentencing. Defendant Torres is not in custody and has no objection to a continuance of her sentencing hearing, currently scheduled for January 22, 2019 at 9:00 a.m. be continued for one (1) month or to a date convenient for the Court.

2. The Court hereby concludes that the ends of justice are best served by granting this continuance of defendant Torres' sentencing.

## **ORDER**

IT IS THEREFORE ORDERED, that the sentencing currently scheduled for Tuesday January 22, 2019 at 9:00 a.m., be continued to the  26th  day of  February  at  9:00  a.m., in Courtroom  4A  .

**IT IS SO ORDERED** this 18th day of January, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE
KENT J. DAWSON