# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIFANY TORRES,

    Defendant.

2:17-CR-048-KJD-VCF

**Final Order of Forfeiture**

This Court found that Tifany Torres shall pay the in personam criminal forfeiture money judgment of $282,630 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(8)(B); and 21 U.S.C. § 853(p). Criminal Information, ECF No. 3; Plea Agreement, ECF No. 5; Preliminary Order of Forfeiture, ECF No. 8; Change of Plea, ECF No. 10.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

To comply with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017), the government reduced the in personam criminal forfeiture money judgment amount to $28,263.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Tifany Torres the in personam criminal forfeiture money judgment of $28,263, not to be held jointly and severally liable with any codefendants and

the collected money judgment amount between all codefendants is not to exceed $3,300,000 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(8)(B); and 21 U.S.C. § 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED __February 15__, 2019.

_____
HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE