# UNITED STATES DISTRICT COURT

District of Nevada

| UNITED STATES OF AMERICA | ) | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| **v.** | ) | |
| TIFANY TORRES | ) | Case Number:  2:17-cr-00048-KJD-VCF |
| | ) | USM Number:  53943-048 |
| **Date of Original Judgment:**  7/2/2019 | ) | Michael Castillo |
| *(Or Date of Last Amended Judgment)* | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)    One of the Indictment.

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Commit Mail Fraud and Wire Fraud | 4/2012 | 1 |

The defendant is sentenced as provided in pages 2 through ___6___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

7/2/2019
Date of Imposition of Judgment

Signature of Judge

KENT J. DAWSON, UNITED STATES DISTRICT JUDGE
Name and Title of Judge

November 25, 2019
Date

DEFENDANT:  TIFANY TORRES
CASE NUMBER:  2:17-cr-00048-KJD-VCF

# PROBATION

You are hereby sentenced to probation for a term of:

3 Years.

# MANDATORY CONDITIONS

1.   You must not commit another federal, state or local crime.
2.   You must not unlawfully possess a controlled substance.
* 3.   You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.
     ☑ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.   ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5.   ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901 *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6.   ☐ You must participate in an approved program for domestic violence. *(check if applicable)*
7.   ☐ You must make restitution in accordance with 18 U.S.C. § 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8.   You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9.   If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10.  You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

DEFENDANT:  TIFANY TORRES
CASE NUMBER:  2:17-cr-00048-KJD-VCF

# STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

DEFENDANT:   TIFANY TORRES
CASE NUMBER:   2:17-cr-00048-KJD-VCF

## SPECIAL CONDITIONS OF SUPERVISION

1. Access to Financial Information – You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office will share financial information with the U.S. Attorney's Office.

2. Debt Obligations – You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

3. Employment Restriction – You must not engage in an occupation, business, or profession, or volunteer activity that would require or enable you to work in a telemarketing business without the prior approval of the probation officer.

4. No Contact – You must not communicate, or otherwise interact, with co-conspirators, either directly or through someone else, without first obtaining the permission of the probation office.

5. Search and Seizure – You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.

The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

DEFENDANT:  TIFANY TORRES
CASE NUMBER:  2:17-cr-00048-KJD-VCF

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 100.00 | $ 3,368,857.08 | $ WAIVED | $ N/A | $ N/A |

☐  The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐  The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Sealed Restitution List | $3,368,857.08 | $3,368,857.08 | |

| | | | |
|---|---|---|---|
| **TOTALS** | $ 3,368,857.08 | $ 3,368,857.08 | |

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☑  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐  the interest requirement is waived for   ☐  fine   ☐  restitution.

☐  the interest requirement for the   ☐  fine   ☐  restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT:  TIFANY TORRES
CASE NUMBER:  2:17-cr-00048-KJD-VCF

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A**  ☑  Lump sum payment of $ __3,368,957.08__ due immediately, balance due

    ☐  not later than _____ , or
    ☑  in accordance with  ☐ C,  ☐ D,  ☐ E, or  ☑ F below; or

**B**  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of  $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of  $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☑  Special instructions regarding the payment of criminal monetary penalties:

    Any unpaid balance shall be paid at a monthly rate of not less than 10% of any income earned during incarceration and/or gross income while on supervision, subject to adjustment by the Court based upon ability to pay.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☑  Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate. |
|---|---|---|---|
| See attached list. | | | |

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☑  The defendant shall forfeit the defendant's interest in the following property to the United States:
    Final Order of Forfeiture attached.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

**Codefendants:**        None.

**Related Cases:**       Clinton Taylor Becker - 0978 2:16-cr-110-JCM-001- On July 25, 2016, pleaded guilty to Conspiracy to Commit Mail Fraud and Wire Fraud. Sentencing scheduled for May 3, 2018.

Ashley Diane Zambuto - 0978 2:16-cr-200-JCM-001- On August 3, 2016, pleaded guilty to Conspiracy to Commit Mail Fraud and Wire Fraud. Sentencing scheduled for May 7, 2018.

Jessica Yvette Figueroa - 0978 2:16-cr-201-APG-001- On August 31, 2016, pleaded guilty to Conspiracy to Commit Mail Fraud and Wire Fraud. Sentencing scheduled for May 17, 2018.

Dario Rafael Tejada - 0978 2:16-cr-214-GMN-001- On August 4, 2016, pleaded guilty to Conspiracy to Commit Mail Fraud and Wire Fraud. Sentencing scheduled for May 29, 2018.

Harold Robert Pfrender Jr., - 0978 2:16-cr-335-JCM-001- On December 29, 2016, pleaded guilty to Conspiracy to Commit Mail Fraud and Wire Fraud. Sentencing scheduled for May 7, 2018.

Paul Michael Marciniak - 0978 2:17-cr-014-JAD-001- On March 13, 2017, pleaded guilty to Conspiracy to Commit Mail Fraud and Wire Fraud. Sentencing scheduled for May 7, 2018.

Robert Caputo - 0978 2:17-cr-078-KJD-001- On May 21, 2017, pleaded guilty to Conspiracy to Commit Mail Fraud and Wire Fraud. Sentencing scheduled for May 29, 2018.

Lisa Gennett - 0978 2:17-cr-084-KJD-001- On May 31, 2017, pleaded guilty to Conspiracy to Commit Mail Fraud and Wire Fraud. Sentencing scheduled for May 29, 2018.

Arantzazu Atorrasagasti - 0978 2:17-cr-089-APG-001- On June 1, 2017, pleaded guilty to Conspiracy to Commit Mail Fraud and Wire Fraud. Sentencing scheduled for May 29, 2018.

Joshua A. Lorca - 0978 2:17-cr-093-KJD-001- On May 31, 2017, pleaded guilty to Conspiracy to Commit Mail Fraud and Wire Fraud. Sentencing scheduled for May 29, 2018.

**RE: Tifany Torres**

Ramona I. Mennillo - 0978 2:17-098-APG-001- On June 8, 2017, pleaded guilty to Conspiracy to Commit Mail Fraud and Wire Fraud. Sentencing scheduled for May 29, 2018.

David A. Lafrain - 0978 2:17-cr-109-JCM-001- On August 23, 2017, pleaded guilty to Conspiracy to Commit Mail Fraud and Wire Fraud. Sentencing scheduled for May 21, 2018.

Daniel Martin Boyar - 0978 2:17-cr-021-JCM-001- On December 1, 2017, pleaded guilty to Count One: Conspiracy to Commit Mail Fraud and Wire Fraud; Counts Two and Three: Mail Fraud; and Counts Four and Five: Wire Fraud. Sentencing scheduled for May 22, 2018.

Adam Manuel Younassoghlou - 0978 2:17-cr-021-JCM-002- On August 17, 2017, pleaded guilty to Count One: Conspiracy to Commit Mail Fraud and Wire Fraud; Counts Two and Three: Mail Fraud; and Counts Four and Five: Wire Fraud. Sentencing scheduled for May 21, 2018.

Lew Leilani - 0978 2:17-cr-021-JCM-003- Pending Trial.

Barbara Stephanie Lizardo - 0978 2:17-cr-021-JCM-004- Pending Trial.

Maribel Pagan - 0978 2:17-cr-021-JCM-005- On July 5, 2017, pleaded guilty to Count One: Conspiracy to Commit Mail Fraud and Wire Fraud; Counts Two and Three: Mail Fraud; and Counts Four and Five: Wire Fraud. Sentencing scheduled for May 21, 2018.

Tomasz Marciniak - 0978 2:17-cr-021-JCM-006- Change of Plea scheduled for April 2, 2018.

Susan M. Siegel - 0978 2:17-cr-021-JCM-007- On April 13, 2017, pleaded guilty to Conspiracy to Commit Mail Fraud and Wire Fraud. Sentencing scheduled for May 14, 2018.

Britney Leighann Newman - 0978 2:17-cr-021-JCM-008- Change of Pleas scheduled for March 20, 2018.



_____ FILED                    R_____
_____ ENTERED                  SER___
              COUNSEL/PARTIES OF REC___

        JUL - 2 20__

        CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____ DEPU___

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA , | 2:17-CR-048-KJD-VCF |
| Plaintiff, | |
| v. | **Final Order of Forfeiture** |
| TIFANY TORRES, | |
| Defendant. | |

This Court found that Tifany Torres shall pay the in personam criminal forfeiture money judgment of $282,630 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(8)(B); and 21 U.S.C. § 853(p). Criminal Information, ECF No. 3; Plea Agreement, ECF No. 5; Preliminary Order of Forfeiture, ECF No. 8; Change of Plea, ECF No. 10.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

To comply with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017), the government reduced the in personam criminal forfeiture money judgment amount to $28,263.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Tifany Torres the in personam criminal forfeiture money judgment of $28,263, not to be held jointly and severally liable with any codefendants and

the collected money judgment amount between all codefendants is not to exceed $3,300,000, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(8)(B); and 21 U.S.C. § 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 2nd day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE

| | | | | | | | |
|---|---|---|---|---|---|---|---:|
| Plus LLC | Continuity | | | | | $ | 2,276.00 |
| Pogue | Margaret | | | | | $ | 1,900.00 |
| Pohle | Robert | 4111 Lakecliff Drive | Harker Hts. | TX | 76548 | $ | 2,276.00 |
| Ponder | Dorothy | | | | | $ | 1,985.00 |
| Pooker | Norman | 4050 Plass Road | Festus | MO | 63028 | $ | 2,190.00 |
| Poole | William | 1380 E. Fairview Meadows | Wasilla | AK | 99654 | $ | 2,190.00 |
| Porch III | TC | 1238 Normandy Road | Macon | GA | 31210 | $ | 1,985.00 |
| Portela | Patricia | 380 Carriage Lane | Madison | VA | 22727 | $ | 2,175.00 |
| Porter | Brenda | 14003 State Rt. 7 S | Gallipolis | OH | 45631 | $ | 2,190.00 |
| Powell | Cassandra | 208 Cedar Village Dr | York | PA | 17406 | $ | 2,276.00 |
| Powell | Fred | 718 E. 1250 N. | Milford | IN | 46542 | $ | 2,287.00 |
| Powell | John | 436 E. Bayview Blvd. | Norfolk | VA | 23503 | $ | 1,799.00 |
| Pratt | Ron | | | | | $ | 2,190.00 |
| Press | Melvyn | 39 Draw Bridge Drive | Monroe Township | NJ | 08831 | $ | 2,276.00 |
| Prewitt | Ursula | 6631 Borg St. | Leesburg | FL | 34748 | $ | 4,477.00 |
| Price | Monique | 8529 S. Old Highway 191 | Malad City | ID | 83252 | $ | 1,985.00 |
| Proctor | Tracy | 1480 Joiner Hollow Road | Rockwood | TN | 37854 | $ | 2,276.00 |
| Prott | Kimberly | 2442 Rebecca Drive | Racine | WI | 53402 | $ | 2,287.00 |
| Provancha | Janice | 2020 Benjamin Drive | Sanger | TX | 76266 | $ | 1,776.00 |
| Puckett | Paul | 459 So. McDonough St., Ste | Montgomery | AL | 36104 | $ | 2,190.00 |
| Puls | Susan | 806 Squaw Apple Road | Durango | CO | 81301 | $ | 2,190.00 |
| Purr | Timothy | 9644 Saybrooke Drive | Bristow | VA | 20136 | $ | 1,985.00 |
| Pye | Catherine | | | | | $ | 3,950.00 |
| Qingsheng | Li | 4619 Magnolia Lane | Sugarland | TX | 77478 | $ | 2,276.00 |
| Queen | Steven | | | | | $ | 2,276.00 |
| Quijano | Maria | PO Box 257 | Reno | NV | 89501 | $ | 800.00 |
| Rackel | Mike or Cheryl | 1649 Springdale Blvd | Fenton | MO | 63026 | $ | 2,287.00 |
| Raghothaman | Abhinaya | 4700 Charter Lane, Apt 304 | Mukilteo | WA | 98275 | $ | 2,276.00 |
| Ramirez | Michael | 22450 Climbing Rose Drive | Moreno Valley | CA | 92557 | $ | 2,276.00 |
| Randall | Chris or Sandra | 1998 Sunshine Circle | Aiken | SC | 29803 | $ | 2,175.00 |
| Randolph | Rachel | | | | | $ | 1,536.00 |
| Raphaael | Fayza | 890 Rue Huard | Trois-Rivieres | QC | A 6H4 | $ | 2,276.00 |
| Rapisarda | John | 13514 Newport Avenue | Rockaway Park | NY | 11694 | $ | 1,999.00 |
| Ratcliff | Ann | 2924 S. 8th Street | Kansas City | KS | 66103 | $ | 1,985.00 |
| Rath | Dale | 1825 South Trenton | Denver | CO | 80231 | $ | 2,276.00 |
| Rauser | Edwina | 518 Meadow Grove Ct | Bakersfield | CA | 93308 | $ | 2,175.00 |
| Ray | Diana | PO Box 96 | Stanford | KY | 40484 | $ | 1,799.00 |
| Ray | James | 1110 W. Alleghany Drive | Arlington Heights | IL | 60004 | $ | 2,190.00 |

| Ray | Megan | 7232 East 1st | Scottsdale | AZ | 85251 | $ | 2,276.00 |
| Raymer | Donna | 2425 Church Street | Abbotsford | BC | 2T 3J8 | $ | 1,799.00 |
| Reed | Calvin | 6202 Elmer Ave | Linglestown | PA | 17112 | $ | 2,190.00 |
| Reed | Clyde | 3301 S. Coldfield Rd #1003 | Apache Junction | AZ | 85319 | $ | 2,287.00 |
| Reed | Gary | | | | | $ | 1,436.00 |
| Reed | John | 107 Northwestern Ave | Monroe | OH | 45050 | $ | 4,477.00 |
| Reeves, Jr. | M.A. | 3003 Topps Trail | Bossier City | LA | 71112 | $ | 1,999.00 |
| Regan | Jeffrey | 37921 Granville Drive | Fremont | CA | 94536 | $ | 2,175.00 |
| Reib | Brett | 15213 79 A Avenue NW | Edmonton | AB | R 3H3 | $ | 2,175.00 |
| Reid | Dana | 4254 Wallela Place | Princeville | HI | 96722 | $ | 1,776.00 |
| Reit | Dolores | 607 Crooked Pine Court | Locust Grove | GA | 30248 | $ | 2,287.00 |
| Reitzell | Richard | PO Box 567 | Genoa | NV | 89411 | $ | 3,146.40 |
| Rembert | William | | | | | $ | 2,287.00 |
| Rennick | Henry | PO Box 2142 | Bartlesville | OK | 74055 | $ | 1,985.00 |
| Resptrepo | Elizabeth | 1573 Ocean Street | Marshfiled | MA | 02050 | $ | 2,276.00 |
| Revill | William | 810 Branch Road | Albany | GA | 31705 | $ | 2,175.00 |
| Reyes | Cecilia | | | | | $ | 1,485.00 |
| Reynolds | James | 5418 NE 46th Avenue | Vancouver | WA | 98661 | $ | 1,999.00 |
| Ricardo | Jesus | 30 Academy Avenue | Middletown | NY | 10940 | $ | 2,276.00 |
| Rich | Thomas | 339 Main Street | Metuchen | NJ | 08840 | $ | 2,276.00 |
| Richardson, Jr | Stanley | | | | | $ | 2,190.00 |
| Richeson | Samuel | 3200 Walnut St. | Hopewell | VA | 23860 | $ | 2,276.00 |
| Riddell | Paul | 1840 Yolanda Circle | Clayton | CA | 94517 | $ | 2,276.00 |
| Riechman | Henry | 10368 County Road 99 | Findlay | OH | 45840 | $ | 3,449.00 |
| Riggs, Jr. | JR | 106 Catalina Drive | Pittsburgh | PA | 15239 | $ | 2,276.00 |
| Rihal | Sunil | 1 Sandy Court | Garden City | NY | 11530 | $ | 2,175.00 |
| Riley | James | 2482 Becky Lane | Kountze | TX | 77625 | $ | 1,985.00 |
| Rimando | Rodolfo | 9102 Aqua Lynee Ct. | Fort Washington | MD | 20744 | $ | 2,276.00 |
| Rios, Jr. | Tinidad | 4008 Ashton Club Drive | Lake Wales | FL | 33859 | $ | 1,799.00 |
| Rivera | Edwin | Montecarlo | San Juan | PR | 00924 | $ | 2,175.00 |
| Rivera | Jacquelin or Ro | 1822 Mountain Lake Dr. N\ | Kennesaw | GA | 30152 | $ | 2,276.00 |
| Rivera Atanacio | Jose | | | | | $ | 2,175.00 |
| Riverwood Consulting Inc | | 2154 Riverwood Drive | Okemos | MI | 48864 | $ | 1,776.00 |
| RL Henry Inc., dba R&D Haulir | | 1450 Gentry Memorial Higl | Easley | SC | 29640 | $ | 2,190.00 |
| Robbins | Katherine | | | | | $ | 2,175.00 |
| Roberts | Rosie | 228 B Street N21 | Centerton | AR | 72719 | $ | 1,399.00 |
| Robertson | Deborah | | | | | $ | 1,499.00 |
| Robinson | Eilnor | 3401 Pontiac Avenue | Lubbock | TX | 79407 | $ | 2,175.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Robinson | M. | | | | | $ | 2,276.00 |
| Robledo | Daniel | 3100 E. Yandell Drive | El Paso | TX | 79903 | $ | 2,276.00 |
| Rochford | Kathy | 166 Scotch Valley Drive | Bloomsburg | PA | 17815 | $ | 1,985.00 |
| Rodgers | James | 5017 Venetian Way | Versailles | KY | 40383 | $ | 1,985.00 |
| Rodriguez | Emmanuel | 14122 Flair Drive | Houston | TX | 77049 | $ | 1,088.00 |
| Rodriguez | Nelson | | | | | $ | 1,799.00 |
| Rohan | Gerald | | | | | $ | 2,175.00 |
| Roley, Sr. | Richard | 1200 Pacer Court 9121 | Ellijay | GA | 30540 | $ | 1,985.00 |
| Rolli | Brent or Kathy | 3124 Inwood Dr | Woburn | MA | 01801 | $ | 2,276.00 |
| Ronquille | Greg | 1695 Monterey Drive NE | Palm Bay | FL | 32905 | $ | 1,999.00 |
| Rose | Larry | 2124 E. 26th St. | Lawrence | KS | 66046 | $ | 2,287.00 |
| Rosen | Harold | 2410 N 930 | E. Provo | UT | 84604 | $ | 1,799.00 |
| Rousseau | Elaine | 2090 Fox Den Drive | Salem | OH | 44460 | $ | 2,276.00 |
| Rowland | Antoinette | 6901 Buckhorn Road | Ravenel | SC | 29470 | $ | 2,715.00 |
| Rowland | BC | 1040 County Road 1564 | Baileyton | AL | 35019 | $ | 1,985.00 |
| Rowlett | Julie | 707 Inwood Dr | Southlake | TX | 76092 | $ | 992.00 |
| Roy, Jr. | William | 105 Carriage Court | Warner Robins | GA | 31093 | $ | 1,985.00 |
| Rucinski | Mark | 3334 Main Street Note | Deckerville | MI | 48427 | $ | 1,776.00 |
| Ruhe | Anna | 315 Cherokee Drive | Ottawa | OH | 45875 | $ | 2,190.00 |
| Runk | Linda | 80 Topaz Drive | Chambersburg | PA | 17202 | $ | 2,190.00 |
| Rupe | Daniel or Melis | 40466 Louis Road | Prairieville | LA | 70769 | $ | 1,776.00 |
| Rush, Jr. | Henry | 1733 Tenderfoot Lane | Desoto | TX | 75115 | $ | 1,776.00 |
| Russell | Deborah | 1820 W. Harreld Road | Marion | IN | 46952 | $ | 1,985.00 |
| Russenberger | Lynn | 6913 Aston Drive | North Richland Hill | TX | 76182 | $ | 2,287.00 |
| Rust | Barbara | PO Box 184 | George | IA | 51237 | $ | 1,799.00 |
| Ryan | Laura | 8018 Oak Moss Dr | Spring | TX | 77379 | $ | 2,276.00 |
| Ryman | Henry | 30 Bunker Lane | Etters | PA | 17319 | $ | 1,776.00 |
| Saenz | Laura | 1806 W Barrow Drive | Chandler | AZ | 85224 | $ | 4,476.00 |
| Sakellaropoulos | Katherine | 1835 Leavenworth St, Unit | San Francisco | CA | 94109 | $ | 2,175.00 |
| Salerno | Claude | 4098 Savannah Ridge Court | Loganville | GA | 30052 | $ | 2,175.00 |
| Sallee | Robert | 7566 W. 1700 N | Elwood | IN | 46036 | $ | 1,776.00 |
| Salley | Carl | 347 Bedford Way | Prosperity | SC | 29127 | $ | 1,795.00 |
| Salmon | Jack | 194 High Oak | Universal City | TX | 78148 | $ | 2,276.00 |
| Saltos | Rosa | 3400 Rosewood Street | Kingman | AZ | 86401 | $ | 2,276.00 |
| Saltzman | Morris | 575 D Avenida Majorea | Laguna Woods | CA | 92637 | $ | 1,599.00 |
| Salz | John | 220 Willow Bay | Sherman | IL | 62684 | $ | 2,287.00 |
| Sam | Maxine | 109 Cambridge Drive | Glen Mills | PA | 19342 | $ | 2,287.00 |
| Samaan | Fouad | 112 Del Norte Vista Way | Folson | CA | 95630 | $ | 2,175.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sampson | Allison | | | | | $ | 2,276.00 |
| Samson | Chester or Rob | 106 Clearview Drive | McMurray | PA | 15317 | $ | 1,799.00 |
| Samuel | Janet | 8813 W. Brentwood Avenue | Milwaukee | WI | 53224 | $ | 1,985.00 |
| Sanchez | Anthony | 3100 South VT Ave #202 | Los Angeles | CA | 90007 | $ | 1,400.00 |
| Sanders | Debbie | PO Box 771 | Dove Creek | CO | 81324 | $ | 2,276.00 |
| Sanders | Kathryn | | | | | $ | 1,985.00 |
| Sandra | Murray | | | | | $ | 2,276.00 |
| Sapp | Ann | 3371 Ridgewood Path | The Villages | FL | 32163 | $ | 2,287.00 |
| Sass | Sharon | 73 Main Street | The Plains | OH | 45780 | $ | 1,985.00 |
| Sauter | Robert | 5015 Palmetto Avenue #11 | Pacifica | CA | 94044 | $ | 1,985.00 |
| Saxman | Gene | 13633 Monarch Vista Drive | Germantown | MD | 20874 | $ | 1,999.00 |
| Scala | Christopher | 420 Skyview Drive | York | PA | 17406 | $ | 2,276.00 |
| Schaefer | Gisele | 2003 Woods Cove | Round Rock | TX | 78681 | $ | 2,395.00 |
| Schaefer | Kathleen | 14425 S. 46th St. | Phoenix | AZ | 85044 | $ | 1,799.00 |
| Schaffner | Karen | 4331 Village Oak Lane | Dumwoody | GA | 30338 | $ | 2,100.00 |
| Schauer | Mary | 6804 Haskins St. | Shawnee | KS | 66216 | $ | 2,287.00 |
| Schaus | Steven | 115 Maple St., Box 1865 | Walkerton | ON | | $ | 2,124.19 |
| Schenk | John | | | | | $ | 2,287.00 |
| Scherer | Joseph | 4361 Kenson Drive | Allison Park | PA | 15101 | $ | 1,250.00 |
| Schlensker | Marjorie | 203 Sweet Gum Ct | Nobleville | IN | 46062 | $ | 1,599.00 |
| Schnell | Roger | | | | | $ | 992.00 |
| Schodlbauer | Risha | 6016 Painter Avenue | Whittier | CA | 90601 | $ | 2,175.00 |
| Scholze | Timothy | 2616 Kingley Lane | Bowie | MD | 20715 | $ | 1,985.00 |
| Schoolder | Peggy | 401 Atchley Drive | Edmond | OK | 73034 | $ | 2,715.00 |
| Schooler | Carolyn | 13508 Oragne Blossom Lan | Poway | CA | 92064 | $ | 1,799.00 |
| Schowalter | Clement | 2007 Cardinal Lane | Jeffersonville | IN | 47130 | $ | 1,985.00 |
| Schreefel | Peter | 3075 Finnian Way, Apt 103 | Dublin | CA | 94568 | $ | 2,276.00 |
| Schrock | Josephine | 20400 Egypt Road | Aberdeen | MS | 39730 | $ | 2,287.00 |
| Schuldt | Beverly | 1325 Angus Road | Helena | MT | 59602 | $ | 1,250.00 |
| Schultz | Dorothy | 13539 161st Ave SE | Renton | WA | 98058 | $ | 2,276.00 |
| Schultz | Sherry | 2234 E 11th Avenue | Tampa | FL | 33612 | $ | 2,175.00 |
| Schulz | Herbert | 27489 Schulz Road | Cold Spring | MT | 56320 | $ | 2,276.00 |
| Schumm | Wayne or Vale | 4498 Whisper Dr | Pensacola | FL | 32504 | $ | 2,287.00 |
| Schuster | Thomas | 4602 Windigo Trl | Madison | WI | 53711 | $ | 1,985.00 |
| Scott | Junior | 1864 Hwy 72 | Red Bay | AL | 35582 | $ | 1,985.00 |
| Scott | Mayrie Jane | 537 South Broadview | Wichita | KS | 67218 | $ | 2,628.00 |
| Scott | Peter | 1490 S. Valero Pl. | Chandler | AZ | 85286 | $ | 2,287.00 |
| Seabolt | Joann | 13970 Greendale Drive | Woodbridge | VA | 22191 | $ | 1,985.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Searles, Jr. | Howard | 110 Hanlon Drive | Odessa | NY | 14869 | $ | 1,985.00 |
| Sees-Rodriguez | Joan | | | | | $ | 2,175.00 |
| Segro | Carole | | | | | $ | 2,190.00 |
| Seidner | Donald | 4516 Strickland Rd | Bailey | NC | 27807 | $ | 1,985.00 |
| Seigel | Carlie | 5120 M-36 | Stockbridge | MI | 49285 | $ | 2,190.00 |
| Selken | Dorothy | 609 E, 5th Street | Vinton | IA | 52349 | $ | 2,276.00 |
| Sempek | Marie | | | | | $ | 1,799.00 |
| Senger | Connie | 738 Reeves Road | Bridgewater | VA | 22812 | $ | 2,276.00 |
| Sether | Sherry | 719 Grandview Avenue W | Roseville | MN | 55113 | $ | 2,287.00 |
| Seymour | Della | 673 Kensington Drive | Heath | OH | 43056 | $ | 1,985.00 |
| Seymour | Jerry | PO Box 69 | Bronwood | GA | 39826 | $ | 1,990.00 |
| Shadley | Verna | 7253 Dogwood Creek Lane | Dallas | TX | 75252 | $ | 2,190.00 |
| Sharma | Morali | 5 Maxwelton Rd | Piedmont | CA | 94618 | $ | 2,276.00 |
| Sheehan | Mark | | | | | $ | 2,276.00 |
| Sheffield | Deanna | PO Box 374 | Hardin | TX | 77561 | $ | 2,276.00 |
| Shelton | Charles | 160 Bestville Lane | Tichnor | AR | 72166 | $ | 2,287.00 |
| Sheperd | Jeremy | | | | | $ | 1,250.00 |
| Shepherd | Ladonna | 19235 S, Kemp Avenue | Carson | CA | 90746 | $ | 2,276.00 |
| Shideler | Ardith | 8853 S. 1100 W. 90 | Warren | IN | 46792 | $ | 2,287.00 |
| Shields | Phillips | 19706 Terrace Avenue #1S | Lynwood | IL | 60411 | $ | 3,970.00 |
| Shirley | Bobbie | 1024 Louis Drive | Breaux Bridge | LA | 70517 | $ | 1,985.00 |
| Shovar | Elliott | 1001 Cotton Exchange Driv | Savannah | TX | 76227 | $ | 2,190.00 |
| Sibbald | Mirian | PO Box 4953 | Joplin | MO | 64802 | $ | 1,985.00 |
| Sikler | Carol | 2300 Estancia Lane | Lafayette | IN | 47909 | $ | 1,985.00 |
| Sikorski | Beverly | 403 Seminole Place | Loudon | TN | 37774 | $ | 2,287.00 |
| Silva | Jose | 8132 Santa Anapines Avenu | Cudahy | CA | 90201 | $ | 1,985.00 |
| Silverstein | Jerome | 375 Rt. 32 North | Franklin | CT | 06254 | $ | 2,287.00 |
| Silwanowicz | David | 20984 Strawberry Hills Dr | Macomb | MI | 48044 | $ | 2,276.00 |
| Simpson | Robert | | | | | $ | 992.00 |
| Singelais | Edward or Agn | 2966 Caravelle Dr | Lake Havasu City | AZ | 86406 | $ | 2,190.00 |
| Sipes | Tamera | 271 Tanager Lane | Elkton | VA | 22827 | $ | 1,799.00 |
| Sistare, Jr. | Joseph | | | | | $ | 2,287.00 |
| Skinner, Jr. | Timothy | 13449 166th Place | Jamaica | NY | 11434 | $ | 1,899.00 |
| Slikeer | Helen | 4037 Langhorne Avenue | Charlotte | NC | 28205 | $ | 1,776.00 |
| Slostrom | MP | | | | | $ | 1,999.00 |
| Smart, Jr. | Warren | 207 Forest View Drive | Havelock | NC | 28532 | $ | 1,799.00 |
| Smedley | Randy | | | | | $ | 2,175.00 |
| Smith | Carol | | | | | $ | 1,250.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Smith | Charles | 3248 E. Phillips Drive | Centennial | CO | 80122 | $ | 2,287.00 |
| Smith | Chris or Dawn | | | | | $ | 2,287.00 |
| Smith | Eugene | 580 Hazelwood Drive | Pell City | AL | 35125 | $ | 1,536.00 |
| Smith | Eva | 107 Hanning Drive | Crossville | TN | 38558 | $ | 2,190.00 |
| Smith | Frances | 140 Windy Hills Rd | Dripping Springs | TX | 78620 | $ | 2,287.00 |
| Smith | James | 11422 1/2 Gravelly Lake Dr | Lakewood | WA | 98499 | $ | 1,799.00 |
| Smith | Jean | 2165 N. Rice Street | Graytown | OH | 43432 | $ | 2,190.00 |
| Smith | Joel or Nancy | 225 West Main Street | Shell Rock | IA | 50670 | $ | 2,175.00 |
| Smith | Josephine | 60 E Quail St | SpAR | NV | 89431 | $ | 1,799.00 |
| Smith | Joyce | 612 3rd Avenue SE | Spencer | IA | 51301 | $ | 1,985.00 |
| Smith | Leon or Pamela | 1231 Brook Drive | Kitten | AL | 35645 | $ | 1,985.00 |
| Smith | Mary | 2705 S. Copperwood | Mesa | AZ | 85209 | $ | 2,190.00 |
| Smith | Michael | 5545 Bishop Ridge West | Blocton | AL | 35184 | $ | 2,287.00 |
| Smith | Nancy | 1350 State Highway 16 S. | Banders | TX | 78003 | $ | 2,276.00 |
| Smith | Paul or Debra | | | | | $ | 1,985.00 |
| Smith | Robert | | | | | $ | 2,287.00 |
| Smith | Warren | 736 Farraone Drive | San Jose | CA | 95136 | $ | 2,190.00 |
| Smithka | Paula | 1073 Lake Estates Dr | Hattiesburg | MS | 39402 | $ | 2,287.00 |
| Smykowski | Don | 3603 Lake Drive | Lee's Summit | MO | 64064 | $ | 1,985.00 |
| Snodgrass | Steven | 126 Oak Drive Addition | Spencer | WV | 25276 | $ | 2,287.00 |
| Soddermann | Winfried | 7 First Drive | Hyde Park | NY | 12538 | $ | 1,776.00 |
| Solomon | Barbara | 922 Stinson Rd | Westmoreland | TN | 37186 | $ | 2,287.00 |
| Solomon | Ruth Ann | 201 NE 88th Ter. | Kansas City | MO | 64155 | $ | 2,190.00 |
| Solomon | Sanford | 17 Manwaring Road | Niantic | CT | 06357 | $ | 1,999.00 |
| Somchanmavon | Viraxay | 6201 Julian St. | Springfield | VA | 22150 | $ | 2,276.00 |
| Sondgeroth | Laurence | 4053 E. 1st Road | Mendota | IL | 61342 | $ | 1,985.00 |
| Sonju | Ronald | 125 Vienna Drive, Sp 256 | Sunnyvale | CA | 94089 | $ | 1,536.00 |
| Sopher | Mary Jane | 1607 13th Street | Coralville | IA | 52241 | $ | 2,287.00 |
| Sorrell | Robert | | | | | $ | 2,175.00 |
| Sorrell | Sharon | | | | | $ | 2,175.00 |
| Soto | Aida | 1235 Ave Emerito Estrada | San Sebastian | PR | 00685 | $ | 2,175.00 |
| Souchet-Hernan | Lillian | 6814 Ida Street | Lithonia | GA | 30058 | $ | 1,776.00 |
| Specktor | Linda | 1417 Golden Gate Drive | Carrollton | TX | 75007 | $ | 1,250.00 |
| Speidel | RM | 1713 N Croatan Hwy | Kill Devil Hills | NC | 27948 | $ | 2,190.00 |
| Spence | Horace | 1735 Spence Family Lane | Kinston | NC | 28501 | $ | 2,287.00 |
| Sprague | Rosemarie | 2008 Broad Blvd. | Cuyahoga Falls | OH | 44223 | $ | 2,190.00 |
| Spratt Revocable Trust Dtd 8/1/08 | | | | | | $ | 2,276.00 |
| Stafford | David | | | | | $ | 1,799.00 |

| Stalcup | Kristy | 96 SE 40 Road | Great Bend | KS | 67520 | $ | 2,276.00 |
|---|---|---|---|---|---|---|---|
| Stammen | Julie | 602 Highland Avenue | Wapahoneta | OH | 45895 | $ | 2,287.00 |
| Stanley | Nancy | | | | | $ | 2,276.00 |
| Stanton | Linda | 465 Pin Oak Loop | Santa Rosa Beach | FL | 32459 | $ | 1,536.00 |
| Staten | Cynthia | 4337 County Road 463 | Pinceton | TX | 75407 | $ | 1,984.00 |
| Stearnes | Bennetta | | | | | $ | 2,276.00 |
| Steenhoek | Jaren | 1125 W 4th Street | Pella | IA | 50219 | $ | 2,276.00 |
| Steffes | Amy | W. 7586 State Hwy 106 | Fort Atkinson | WI | 53538 | $ | 2,287.00 |
| Stephens | AB | 1004 McKay Road | Greenup | KY | 41144 | $ | 2,287.00 |
| Stewart | Jane | 9141 S Great Oaks Drive | Floral City | FL | 34436 | $ | 1,985.00 |
| Stewart | Karen | 6200 Partridge Drive | VA Beach | VA | 23464 | $ | 2,175.00 |
| Stewart | Eugene | PO Box 8155 | South Bend | IN | 46660 | $ | 3,970.00 |
| Stills | AG | 19395 Taylors Creek Road | Montpelier | VA | 23192 | $ | 1,799.00 |
| Stilwell | Arthur | 116 Veterans Drive | Painted Post | NY | 14870 | $ | 4,272.00 |
| Stocz | Frank | 4120 Fawn Trail NE | Warren | OH | 44483 | $ | 2,287.00 |
| Stojilkovic | Viseslav | 7107 65th Place, Apt 1R | Glendale | NY | 11385 | $ | 2,276.00 |
| Stokes | Zaidee | 1113 Merry Oaks Drive | College Station | TX | 77804 | $ | 1,985.00 |
| Stokien | John | 502 Towne Street | Waverly | OH | 45690 | $ | 2,190.00 |
| Strain | Nancy | 2919 Dollar Bonnet Lane | Lakeland | FL | 33810 | $ | 2,287.00 |
| Stream | Laurie | 10073 Manchester Road, St | St. Louis | MO | 63122 | $ | 1,850.00 |
| Stringer | Susan | 642 Meadow Bend Drive | Baton Rouge | LA | 70820 | $ | 1,985.00 |
| Stroad | Dwight or Dian | 218 S. Mill | Eldon | MO | 65026 | $ | 1,985.00 |
| Stroupe | Donna | 431 Thomas St. | Roaring Springs | PA | 16673 | $ | 2,287.00 |
| Sturk | Victor | 2601 E. Victoria St., Spc 24 | Compton | CA | 90220 | $ | 1,776.00 |
| Stutzman | Karen | 617 Lithia Pinecrest Road | Brandon | FL | 33611 | $ | 2,287.00 |
| Styles | Shirley | | | | | $ | 2,276.00 |
| Sudweeks | Richard | 5977 West 10620 | North Highlands | UT | 84003 | $ | 2,175.00 |
| Sullivan | James | 3000 Ervin Road | Yazoo City | MS | 39194 | $ | 1,985.00 |
| Sullivan | Jo Ann Marie | 510 N. 29th Street | Richmond | VA | 23223 | $ | 1,395.00 |
| Sullivan | Loren | 1600 S. Eisenhower | Hugoton | KS | 67951 | $ | 1,985.00 |
| Sullivan | Robin | 102 Sherwood Ave | Troy | AL | 36081 | $ | 2,190.00 |
| Sullivan | W.R. | 27 Gray Wolf Lane | Hendersonville | NC | 28792 | $ | 2,287.00 |
| Swan | Robert | 1071 Darlow Drive #105 | McPherson | KS | 67460 | $ | 1,799.00 |
| Swayze | Charles | 1889 evergreen Road | Thompson Station | TN | 37179 | $ | 2,175.00 |
| Swigart | Richard | 1616 Sand Beach Road | Hummelstown | PA | 17036 | $ | 1,799.00 |
| Sylvia | Thornton | | | | | $ | 1,985.00 |
| Syndham Smoky Mountains | | | | | | $ | 1,985.00 |
| Tafoya | Charlie | | | | | $ | 2,276.00 |

| Tamaribuchi | Albert | 98 890 Kaahele Street | Aiea | HI | 96701 | $ | 2,276.00 |
|---|---|---|---|---|---|---|---|
| Tanis | Jonathan | 209 S. Dann Street | Whitewater | WI | 53190 | $ | 1,985.00 |
| Tanksley | Michael | 11615 Kilkenny Coral Dr | Riverview | FL | 33579 | $ | 2,287.00 |
| Tanner | Melda | 2635 Shady Lane | Poplar Bluff | MO | 63901 | $ | 2,190.00 |
| Tantletf | Jerry | 167 Ospery Cove Loop | Myrtle Beach | SC | 29588 | $ | 1,776.00 |
| Tarrh | Joshua | 1602 S. Webster St. | Kokomo | IN | 46982 | $ | 1,776.00 |
| Taylor | Annetta | 781 Quince Orchard Blvd 1 | Gaithersburg | MD | 20878 | $ | 2,175.00 |
| Taylor | Roberta | 101 Murray Avenue | Oxbow | SK | | $ | 1,985.00 |
| Taylor | Suterameya | 1754 Woodland Lane | Tracy | CA | 95376 | $ | 1,776.00 |
| Teeman | Eric or Roxann | 8405 E 86th Ter | Raytown | MO | 64138 | $ | 1,985.00 |
| Tegovski | Steve or Snezar | 2975 Crown Pointe Drive | Stow | OH | 44224 | $ | 2,276.00 |
| Teichelman | Howard or Mag | 2600 FM 973 | Taylor | TX | 76574 | $ | 2,175.00 |
| Teixeira | Gilbert | 35 Pratt St. | Providence | RI | 02906 | $ | 1,999.00 |
| Templeton | Kevin or Vicky | | | | | $ | 2,276.00 |
| Tenasi | Cassandra | | | | | $ | 1,776.00 |
| Tennyson | Jane | 23107 Marble Way | CA | MD | 20619 | $ | 1,985.00 |
| Terrapin | Janice | 2337 S. Crysler Avenue | Independence | MO | 64052 | $ | 1,795.00 |
| TG's Home Services | | 8812 8th Avenue NE | Seattle | WA | 98115 | $ | 1,700.00 |
| The Desktop Solutions Group L | | PO Box 7741 | Wilmington | DE | 19803 | $ | 1,975.00 |
| Thielens | Alexis | 2139 Bryn Mawr Place | Ardmore | PA | 19003 | $ | 1,985.00 |
| Thomas | Garrett | | | | | $ | 1,985.00 |
| Thomas | Norris | | | | | $ | 1,536.00 |
| Thomas | Stacy | 55 O Tara Woods Court | Newnan | GA | 30263 | $ | 2,190.00 |
| Thomasson | Steven | 2881 S. Elizabeth Scales M | Elizabeth | IL | 61028 | $ | 2,276.00 |
| Thompson | Ronald | 12021 Garrison Road | Little Rock | AR | 72223 | $ | 2,190.00 |
| Thornton | Sylvia | 213 Ashdale Rd | Center Cross | VA | 22437 | $ | 1,985.00 |
| Tiger | Kashane | 16803 SW 36 | St. Miramar | FL | 33027 | $ | 4,574.00 |
| Timmerman | Tony | 226 Rosalyn Avenue | Dickeyville | WI | 53808 | $ | 1,985.00 |
| Tincher | David or Kay | 261 Brown Station Road | Bedford | IN | 47421 | $ | 1,985.00 |
| Tire | TJ | 10 Stonier Road | Tunkhannock | PA | 18657 | $ | 4,574.00 |
| Torn | Ambryn | 541 Port Drive | Oxnard | CA | 93035 | $ | 4,552.00 |
| Torres | Helen | 508 Hamilton Street | Georgetown | KY | 40324 | $ | 1,799.00 |
| Tronrud | Mark | 2540 W Pine Needle Pl | Taylorsville | UT | 84129 | $ | 2,287.00 |
| Tropf | Jerry | 2913 N. 78th Place | Kansas City | KS | 66109 | $ | 1,495.00 |
| Trow | Wanda | PO Box 3 | Trinity | TX | 75862 | $ | 1,985.00 |
| Tucker | David | | | | | $ | 1,985.00 |
| Tuggle | Rita | 113 Pine Ridge Circle | Brandon | MS | 39047 | $ | 2,175.00 |
| Tullis | Kenwyn | 60 Yates Rd | Gadsden | AL | 35904 | $ | 2,175.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Turbe | Joan | 218 Mackarel St. | Waveland | MS | 39576 | $ | 2,287.00 |
| Tuttle | Steven | | | | | $ | 2,276.00 |
| Tweedie | Inez | 2783 Double Eagle Dr | Dayton | OH | 45431 | $ | 2,287.00 |
| Twigger | Judith | 19332 Cissel Manor Drive | Poolesville | MD | 20837 | $ | 1,985.00 |
| Ulander | David | 101 Nutwood Drive | Jamestown | NE | 27282 | $ | 992.00 |
| Ullman | Terry | 4620 Ridgewood Ct. | Stockton | CA | 95212 | $ | 3,268.00 |
| Unruh | Barbara | 3086 Cass Lake Ave | Keego Harbor | MI | 48320 | $ | 1,599.00 |
| Urie | Luanna | 23455 Green Shores Drive | Shell Knob | MO | 65747 | $ | 2,175.00 |
| Vaccaro | Dennis | | | | | $ | 2,190.00 |
| Valdrez | Felix | | | | | $ | 2,175.00 |
| Valladolld | Lilya | PO Box 5294 | Pitteburg | CA | 94565 | $ | 2,276.00 |
| Van Capelle | Dorothy | 6036 Hilltop Drive | Watauga | TX | 76148 | $ | 1,775.00 |
| Van Hoecke | Kimberly | 1478 60th Avenue | Pipestone | MN | 56164 | $ | 2,276.00 |
| Vance | Gail | 3214 241st Street | Spanaway | WA | 98387 | $ | 2,190.00 |
| Vandivier | William | 85 Tohatchi Drive | Cherokee Village | AR | 72522 | $ | 4,552.00 |
| Vaughn | Naoko | | | | | $ | 1,735.00 |
| Venesile | Jon | 9012 Mulberry Pointe | Brecksville | OH | 44141 | $ | 2,276.00 |
| Vernon | Anthony | 1383 Elizabeth Road | Friendship | TN | 38034 | $ | 992.00 |
| Verschueren | Christine | RR1 | Mount Elgin | ON | | $ | 2,152.86 |
| Villanpando | Rick | 27628 N. Marsili | Spirit Lake | ID | 83869 | $ | 2,276.00 |
| Villanueva | Carlos | | | | | $ | 1,985.00 |
| Vincent | Kimberly | | | | | $ | 2,287.00 |
| Vinson | Leslie | 39330 Desert Lilly Court | Palmdale | CA | 93551 | $ | 2,276.00 |
| Visakan | Manickam | 2317 Elizondon Avenue | Simi Valley | CA | 93065 | $ | 2,276.00 |
| Vo | Ha | 25634 Scenic View St | Mechanicsvlle | MD | 20659 | $ | 2,276.00 |
| Vollum | Carol | 25531 Seneca Drive | Wheaton | IL | 60189 | $ | 2,287.00 |
| Vorndram | Edward | 44 Ridge Meadows Drive | Spencerport | NY | 14559 | $ | 2,276.00 |
| Vorst | Mary | 24616 Road N | Cloverdale | OH | 45827 | $ | 2,190.00 |
| Wadsworth | Melissa | 1470 Providence Cove Ct | Byron Center | MI | 49315 | $ | 1,985.00 |
| Walberg | Larry | | | | | $ | 2,287.00 |
| Waldeck | Patricia | 777 Cowesett Rd, Apt B101 | Warwick | RI | 02886 | $ | 2,175.00 |
| Wales | Renata | | | | | $ | 2,287.00 |
| Walker | Betty Jane | 1085 Lafayette Street, #302 | Denver | CO | 80218 | $ | 2,276.00 |
| Walker | Billy | 983 Everett Drive | Smyma | TN | 37167 | $ | 1,799.00 |
| Walker | Deborah | 1706 Redbud Court | Upper Marlboro | MD | 20774 | $ | 2,287.00 |
| Walker | James | 7411 Timberview Drive | Newburgh | IN | 47630 | $ | 2,276.00 |
| Walker | Lavonia | 1222 County Road 3159 | Houston | AL | 35572 | $ | 2,286.70 |
| Walker | Linda | 281 Dogwood Lane | Westerville | OH | 43082 | $ | 1,985.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Walker-Staggs | Johnnie | | | | | $ | 2,175.00 |
| Waller | Dr. Suzan | 1419 Evanline Drive | Columbus | OH | 43224 | $ | 2,287.00 |
| Wanger | Bruce | 809 Hickory Lake Dr | West Plains | MO | 65775 | $ | 1,985.00 |
| Wanton | Cary | 6318 Coventry Way #173 | Clinton | MD | 20735 | $ | 2,276.00 |
| Ward | James | 380 Marshland Road, D14 | Hilton Head Island | SC | 29926 | $ | 2,276.00 |
| Ward | Leon | 5302 Doris Drive | Waldorf | MD | 20601 | $ | 1,985.00 |
| Warne | Doug | | | | | $ | 1,985.00 |
| Warner | Eugene | 332 Ella Rae Lane | Lexington | KY | 40511 | $ | 1,985.00 |
| Warren | Donna | | | | | $ | 1,599.00 |
| Warren Property Management LLC | | | | | | $ | 2,276.00 |
| Washington | Mark | HC 2 Box 10 | Roaring Springs | TX | 79256 | $ | 2,287.00 |
| Water Views Services Inc | | PO Box 1442 | West Tisbury | MA | 02575 | $ | 1,000.00 |
| Waters | Phillips | 2258 Walls Road | Greer | SC | 29651 | $ | 992.00 |
| Watley, Jr. | Isaac | | | | | $ | 1,985.00 |
| Watterson | G. Richard | 2319 Marshwood Drive | Jackson | MI | 49203 | $ | 1,799.00 |
| Watts | Diane | 975 Breton Court | Batavia | IL | 60510 | $ | 1,985.00 |
| Weaver | Christina | 4199 Massillon Rd, Lot 314 | Uniontown | OH | 44685 | $ | 1,985.00 |
| Weaver | Glenn | 1002 Sunset Ave | East Earl | PA | 17519 | $ | 1,985.00 |
| Weaver | James | 6 Knobb Hill Drive | Pittsford | NY | 14534 | $ | 1,800.00 |
| Webb | Elmo | 4804 Brandon Lane | Beltsville | MD | 20705 | $ | 2,287.00 |
| Webster | Donald | 1740 James | St. Biloxi | MS | 39531 | $ | 1,985.00 |
| Wech | Angela | 750 Clover Lane | OR | WI | 53575 | $ | 1,985.00 |
| Weddle | Sandra | 17517 W. Hwy 80 | Nancy | KY | 42544 | $ | 1,995.00 |
| Wegner | Barbara | 6692 Waverly Lane | Lake Worth | FL | 33467 | $ | 1,985.00 |
| Weiers | Jeffrey | 1303 Cottonwood Lane | New Prague | MN | 56071 | $ | 992.00 |
| Weinberger | Mary Kay | 526 Roosevelt St. | Turtel Lake | ND | 68675 | $ | 2,287.00 |
| Welther | Allen or Deborah | | | | | $ | 2,276.00 |
| Wending | Peter | 4618 Ferden Road | New Lothrop | MI | 48460 | $ | 1,799.00 |
| Wernsman | Nancy | | | | | $ | 2,287.00 |
| Western | Mary | 13744 Carruthers St. | Vail | AZ | 85641 | $ | 1,985.00 |
| Weyl | Terry | 5832 Shelldrake Ct. | Fair Oaks | CA | 95628 | $ | 2,276.00 |
| Whaley | Jacquetta | 708 Garden St #1 | Bronx | NY | 10457 | $ | 1,999.00 |
| Whitbourne | Lenora | 2500 Ave., Apt 45 | Rochester | NY | 14610 | $ | 1,536.00 |
| White | Judy | 1325 Riverview Drive | Lewisport | KY | 42351 | $ | 2,190.00 |
| White | Paul | | | | | $ | 1,000.00 |
| Whitegon | Jerry | 4243 Ida Coon Circle | Niceville | FL | 32578 | $ | 2,287.00 |
| Whitley | Donald | 203 W. Chestnut St | Leitchfield | KY | 42754 | $ | 2,190.00 |
| Widenhoefer | Rita | 6308 Midway Dr | Moro | IL | 62067 | $ | 1,999.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Wiediger | Carol | 98 Carriage Drive | Kensington | CT | 06037 | $ | 2,276.00 |
| Wielopolski | Lucian | 6 Niewood Drive | Ridge | NY | 11961 | $ | 1,985.00 |
| Wierer | Charles | 70 Lytham Way | Fairfield Glade | TN | 38558 | $ | 2,287.00 |
| Wiggins | Warren | 3805 Garth Manor Ct. | Woodstock | MD | 21163 | $ | 2,395.00 |
| Wike | Janet | 51 Myers Drive | Cherokee | NC | 28719 | $ | 2,190.00 |
| Wikes | Iris | 2170 Americus Blvd. N, Ap | Clearwater | FL | 33763 | $ | 2,175.00 |
| Wilcox | Frank | 23 Rising Trail Dr, #23 | Middletown | CT | 06457 | $ | 1,000.00 |
| Wiles | Lynn | 88 Skeetfield Road | Oxford | ME | 04270 | $ | 2,276.00 |
| Wiley | Bruce | 9 Dana Street #2 | Lynn | MA | 01902 | $ | 1,985.00 |
| Wilkerson | Kurt | 3740 Hepburn Avenue | Los Angeles | CA | 90018 | $ | 2,175.00 |
| Williams | David | 117 Inwood Trail | Madison | AL | 35758 | $ | 1,985.00 |
| Williams | J Barry | 439 Briggs Road | Bowling Green | KY | 42101 | $ | 2,175.00 |
| Williams | Paulette | 4504 Holston Road | Knoxville | TN | 37914 | $ | 2,175.00 |
| Willis | Jerry | | | | | $ | 1,799.00 |
| Wilson | Charlotte | 4258 Empire Road | Empire | AL | 35063 | $ | 1,795.00 |
| Wilson | Chris | 953 Impounding Dam Road | Hanover | PA | 17331 | $ | 2,175.00 |
| Wilson | Connie | | | | | $ | 1,776.00 |
| Wilson | Dr. Harold | 18002 Castle Ct | Bon Aqua | TN | 37025 | $ | 2,287.00 |
| Wilson | Roy or Catherine | | | | | $ | 2,977.00 |
| Wilson | Verna | 1465 Baseline Road, #201 | Orlando | FL | 32819 | $ | 1,000.00 |
| Wingers | Paula | 4761 Lattimore Drive | Macon | GA | 31210 | $ | 2,287.00 |
| Winkel | Carrie | 1600 W. 17th Street | Bloomington | IN | 47404 | $ | 2,175.00 |
| Wintermyer | Jason | 918 S. Delhi St. | Philadelphia | PA | 19147 | $ | 992.00 |
| Wirginis | Audree | 119 Doyole Road | Sarver | PA | 16055 | $ | 1,985.00 |
| Wiser | Barbara | 1838 Ritner Hwy | Shippensburg | PA | 17257 | $ | 2,287.00 |
| Wohlhueter | Robert | 16 Ashland Circle | Fredericksburg | VA | 22406 | $ | 2,287.00 |
| Woitt | Whitney | 5181 Hwy 483 | Lena | MS | 39094 | $ | 1,985.00 |
| Wolf | Leigh | 379 Thurman Avenue | Columbus | OH | 43206 | $ | 2,287.00 |
| Wong | George | 2106 Berwick Ct | Locust Grove | GA | 30248 | $ | 1,985.00 |
| Wood | Barbara | 131 White Drive | Bellaire | TX | 77401 | $ | 2,287.00 |
| Wood | Daniel | 7624 Valley Green Drive #2 | Las Vegas | NV | 89149 | $ | 2,175.00 |
| Wood | Kathy | | | | | $ | 2,790.00 |
| Wood | Margaret | 21125 Cardinal Pond TE202 | Ashburn | VA | 20147 | $ | 1,985.00 |
| Wood | Phyllis | PO Box 10 | Bones Mills | VA | | $ | 2,175.00 |
| Woodbury | Gloria | | | | | $ | 1,536.00 |
| Woodrow | William | 2303 Campeau Drive, Ste 1 | Kanata | ON | | $ | 2,146.95 |
| Woods | John | | | | | $ | 1,799.00 |
| Worthington | Sylvia | 1316 Parkside Drive NW | Wilson | NC | 27896 | $ | 1,985.00 |

| Wray | Barbara | 6676 N. Hillside Way | Parker | CO | 80134 | $ | 2,190.00 |
|---|---|---|---|---|---|---|---|
| Wright | Cindy | 4915 Cypress Lake Drive | Lake Charles | LA | 70611 | $ | 2,190.00 |
| Wright | James or Cynthia | | | | | $ | 2,276.00 |
| Wright | Norman | 19403 Rosebud Ridge Way | Springs | TX | 77379 | $ | 2,190.00 |
| Wurl | Nancy | 4844 Crestone Circle | Ft. Collins | CO | 80528 | $ | 2,287.00 |
| Wyman | Dale | 1203 Water Street | Fox Lake | WI | 53933 | $ | 2,190.00 |
| Wysienski | Patrick | 1611 8th St | Ewing | NJ | 08638 | $ | 2,276.00 |
| Yacono | Vincent | 6 Canal St. | Sherburne | NY | 13460 | $ | 1,985.00 |
| Yazzie | Timothy | 26 Road 6200 | Kirtland | NM | 87417 | $ | 2,287.00 |
| Yonaitis | John | 13089 Pershing Dr. | Manassas | VA | 20112 | $ | 1,985.00 |
| Yorgey | James | 335 Rosehaven Ct | Kernsville | NC | 27284 | $ | 1,985.00 |
| York | Roseana | 909 E. DE Avenue | Redlands | CA | 92374 | $ | 2,175.00 |
| Yoshida | Nobel | 141 Applewood Drive | Chillicothe | OH | 45601 | $ | 2,287.00 |
| Yost | Sharon | 740 Creekside | Rossford | OH | 43460 | $ | 2,190.00 |
| Young | Bradley | | | | | $ | 2,287.00 |
| Young | Carole | 519 Ellison Court | Frederick | MD | 21703 | $ | 992.00 |
| Young | Christopher | 515 Dow Drive | Franklin | KY | 42134 | $ | 2,190.00 |
| Young | Jack | 1782 Hopewell Avenue | Dayton | OH | 46418 | $ | 2,287.00 |
| Z&C Construction, Inc. | | 4358 E La Palma Avenue | Anaheim | CA | 92807 | $ | 2,276.00 |
| Zaia | Thomas | 312 Harbor Pointe Drive | East Peoria | IL | 61611 | $ | 1,985.00 |
| Zeller | Irene | 5 Canyon Lane | St. Rose | LA | 70067 | $ | 2,287.00 |
| Zook | Grace | 1417 F52 Tr | Deep River | IA | 52222 | $ | 1,985.00 |
| Zucker | Alan | 136 Corlies Avenue | Poughkeepsie | NY | 12601 | $ | 2,190.00 |
| | | | | | | | |
| TOTAL: | | | | | | $ 3,368,857.08 | |